UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61163-CIV-CANNON/Hunt

BETTY FRENCH,

　　　Plaintiff,

v.

C.R. BARD, INC., and BARD
PERIPHERAL VASCULAR, INC.,

　　　Defendants.

_____/

## ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE

**THIS MATTER** is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 57]. Pursuant to Rule 41(a)(1)(A)(ii), the Joint Stipulation of Dismissal, signed by all parties who have appeared, is self-executing and dismisses the case "effective immediately upon filing." *See Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1277 (11th Cir. 2012). As such, this case is **CLOSED**, effective May 5, 2021, the date the parties filed their Joint Stipulation of Dismissal with Prejudice. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Clerk of Court is directed to **CLOSE** this case.

2. All deadlines are **TERMINATED**.

3. This matter is **DISMISSED WITH PREJUDICE**, with each party to bear its respective costs and fees.

**DONE AND ORDERED** in Fort Pierce, Florida this 5th day of May 2021.

AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record